**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 02-cr-00571-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JOHN SAVOY CHAVEZ,
    a/k/a Sandy Sedillos,
    a/k/a Sandy Sedellos,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that a supervised release violation hearing regarding Defendant Chavez is set **Monday, September 13, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.



DATED: August 18, 2010
_____