# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Supervised Release) |
| v. | Case Number:  02-cr-00571-LTB-01 |
| | USM Number:  56202-065 |
| JOHN SAVOY CHAVEZ<br>a/k/a Sandy Sedillos<br>a/k/a Sandy Sedellos | Timothy Patrick O'Hara<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 07/01/2014 |
| 2 | Possession and Use of a Controlled Substance | 07/07/2014 |

*(See page 2 for additional violations.)*

    The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

                                      March 3, 2015
                                        Date of Imposition of Judgment

                                        s/Lewis T. Babcock
                                            Signature of Judge

                             Lewis T. Babcock, Senior U.S. District Judge
                                          Name & Title of Judge

                                        March 6, 2015
                                               Date

DEFENDANT:  JOHN SAVOY CHAVEZ
CASE NUMBER:  02-cr-00571-LTB-01                                                              Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 07/24/2014 |
| 4 | Possession and Use of a Controlled Substance | 08/27/2014 |
| 5 | Possession and Use of a Controlled Substance | 09/26/2014 |
| 6 | Failure to Participate in Drug Testing and Treatment as Directed by the Probation Officer | 10/08/2014 |
| 7 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 10/11/2014 |

DEFENDANT:  JOHN SAVOY CHAVEZ
CASE NUMBER:  02-cr-00571-LTB-01                                                                            Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal